IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER MANNISO, | § | |
| | § | No. 228, 2020 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| BRIAN TAYLOR and | § | |
| AINE TAYLOR | § | C.A. No. N19C-02-118 |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: January 6, 2021
Decided: January 11, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

### O R D E R

This 11th day of January, 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its June 16, 2020 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice